NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEAK SURVEYS, INC.,**
*Appellant*

v.

**FLIR SYSTEMS, INC.,**
*Appellee*

---

2016-1299, -1300

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00411, IPR2014-00434, and IPR2015-00065.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than February 8, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32