**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Leak Surveys, Inc.  v.  FLIR Systems, Inc.

No. 16-1299, -1300

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✔] As counsel for:  FLIR Systems, Inc.
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [✔] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Brian E. Ferguson |
| Law firm: | Weil, Gotshal & Manges LLP |
| Address: | 1300 Eye Street NW, Suite 900 |
| City, State and ZIP: | Washington, DC 20005-3314 |
| Telephone: | (202) 682-7516 |
| Fax #: | (202) 857-0940 |
| E-mail address: | brian.ferguson@weil.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✔] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 5, 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✔] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Dec. 21, 2015                            _/s/ B.E. Ferguson_
Date                                     Signature of pro se or counsel

cc: Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2015, I caused the foregoing document to be electronically filed using the CM/ECF system, which will send notification of such filing to all parties of record.

*/s/ Ralph J. Gabric*

Ralph J. Gabric