FORM 8. Entry of Appearance                                                                                 Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

LEAK SURVEYS, INC.      v.      FLIR SYSTEMS, INC.

No. 16-1299

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Leak Surveys, Inc.
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
- ☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant   ☐ Respondent or appellee

Name: G. Donald Puckett
Law Firm: Skiermont Puckett LLP
Address: 2200 Ross Avenue, Suite 4800W
City, State and Zip: Dallas, TX 75201
Telephone: 214-978-6600
Fax #: 214-978-6601
E-mail address: donald.puckett@skiermontpuckett.com

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/23/15      Signature of pro se or counsel /s/ Donald Puckett

cc:

Reset Fields

Dated:    December 23, 2015

/s/ Donald Puckett
G. Donald Puckett
SKIERMONT PUCKETT LLP
2200 Ross Ave., Ste 4800W
Dallas, TX 75201
donald.puckett@skiermontpuckett.com
(214) 978-6600

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was filed electronically with the Clerk of the United States Court of Appeals for the Federal Circuit on December 23, 2015, and that all counsel of record were thereby served via email notification.

/s/ Donald Puckett
G. Donald Puckett
SKIERMONT PUCKETT LLP
2200 Ross Ave., Ste 4800W
Dallas, TX 75201
donald.puckett@skiermontpuckett.com
(214) 978-6600